THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lavon Stone, a/k/a Levon Stone,       
Appellant.
 
 
 

Appeal From Berkeley County
Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 03-UP-156
Submitted January 10, 2003  Filed February 
 20, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia;, 
 of Ridgeville; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Ralph E. Hoisington, of Charleston; for Respondents.
 
 
 

PER CURIAM:  Lavon Stone, A/K/A Levon Stone, 
 appeals his convictions and sentences for first-degree burglary, kidnapping, 
 and first-degree criminal sexual conduct.  Stones appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Stones appeal is without merit.  The issue briefed by counsel concerns the 
 trial courts denial of a directed verdict on the first-degree burglary charge.  
 Stones brief concerns the constitutionality of the statute authorizing the 
 imposition of a sentence of life imprisonment without the possibility of parole.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Stones appeal 
 and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, JJ., concur. 

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.